RECEIVED
USDC, CLERK, CHARLESTON, SC

2010 JAN 19 P 3: 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Michael Oglesby, | ) | C. A. No. 2:09-2743-DCN-RSC |
| Plaintiff, | ) | |
| -versus- | ) | **O R D E R** |
| Nucor Corporation, | ) | |
| Defendant. | ) | |

Due to a missed deadline, the plaintiff has requested an extension of time to respond to the defendant's motion to dismiss in the above case.

The plaintiff's request for an extension of time is granted, and the plaintiff is given an extension until **January 25, 2010**, to respond to the defendant's motion.

**IT IS SO ORDERED.**

_____
ROBERT S. CARR
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

January 12, 2010